UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>Fifty Thousand One Hundred Dollars ($50,100.00) in United States Currency, more or less, seized from Richard Jones,<br><br>                Defendant *in rem.* | Civil No.<br><br>JURY TRIAL REQUESTED |

**VERIFIED COMPLAINT FOR FORFEITURE *IN REM*,
FOR PROPERTY WITHIN THE UNITED STATES' POSSESSION, CUSTODY
OR CONTROL PURSUANT TO SUPPLEMENTAL RULE G**

Plaintiff, United States of America, brings this Complaint under Rule G(2) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions, and alleges as follows:

**NATURE OF THE ACTION**

This is an action to forfeit and condemn to the use and benefit of the United States of America the captioned defendant *in rem*, for violations of 21 U.S.C. § 881(a)(6).

**JURISDICTION AND VENUE**

The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355. Venue is proper in this district pursuant to 28 U.S.C. §§ 1395 and 1355(b)(1).

**THE DEFENDANT *IN REM***

The defendant *in rem* is: Fifty Thousand One Hundred Dollars ($50,100.00) in U.S. Currency, more or less, seized from Richard Jones. The defendant *in rem* is currently in the custody of the United States Marshals Service.

## **FACTS**

1. On August 7, 2019, the Nashua Police Department received a call from a concerned citizen who saw an unconscious man in the driver's seat of a car in the parking lot of Kohl's department store, located at 14 Gusabel Avenue, Nashua, New Hampshire. Upon arrival, officers approached a vehicle parked across multiple marked parking spaces. Richard Jones ("Jones") was sitting in the driver's seat with his head tilted back, and apparently sleeping. The officers were able to wake Jones. Jones, 51 years old, resides in Medford, Massachusetts.

2. While speaking with Jones, the officers saw a rubber, cylindrical container that is commonly used to conceal drugs on Jones' passenger seat. They asked Jones what was in the container, and as he reached for it, brown powder spilled onto the car seat. Jones volunteered that the powder was cocaine scrapings from a pipe. Jones said that he had removed the container from his backpack when he took out money to pay for a meal.

3. The officer received Jones' written permission to search his backpack and the vehicle. Inside the backpack, the officer found five stacks of $100 bills inside a blue canvas moneybag, the defendant *in rem* $50,100, and a plastic container containing suspected marijuana. During a search of the vehicle, officers found a digital scale and two glass pipes with scorch marks and "Chore Boy" copper mesh stuffed inside them.   "Chore boy" is wire mesh used to clean drug pipes.



*Figure 1- backpack, moneybag and currency*



*Figure 2 - scale, glass pipes, rubber container*



*Figure 3 - copper mesh "Chore Boy"*

4. When the officer asked Jones about the source of the currency, he said that he had been saving money from 2009 until the present, he received approximately $800 per month on disability, and he only paid approximately $87 for rent. Jones also said that he won $10,000.

5. Jones gave the officers verbal consent to search his cell phone. The officers saw numerous text message threads that appeared narcotics related. The text messages include these samples:

On July 4, 2019 at 7:23 p.m., "Mark B" texted Jones a picture of a digital scale with a glassine baggie of white tightly packed powder.



*Figure 4- text photo of digital scale, baggies and white powder*

On July 22, 2019 at 6:12 pm, Gary texted Jones, "Yep  for sure cuz its going to Rain . I owe you $280 now ,  will bring that.  You have 20's[1] and   strips[2]   Right ? Thanks"  At 6:13 pm, Jones replied, "Yes, I also have a check"  At 6:14 pm, Gary replied, "Ok   Didn't I just cash one for you ?  Or was that from a week ago ?  No biggie , will use that $150 against new stuff ."

---

[1] 20s and 30s are common references to the milligram dosage of prescription drugs.  In this case, it most likely refers to Adderall, a prescription drug classified as a Schedule II controlled substance with a high potential for abuse.  The drug is available in pill form, and as an extended-release capsule.

[2] Strips, sobos, sobs and subs are common references to Suboxone, a prescription drug classified as a Schedule III controlled substance known to be a target for people who abuse prescription medicines.  It is available in two forms: pill and film.

On July 23, 2019 at 4:07 pm, "Gary" texted Jones, "20 strips"  At 6:12 pm, Jones texted "Gary," "I'm in the alley waiting on you"

On July 24, 2019, at 12:25 am, "Pussy" texted Jones, "Sobos"  At 1:15 am, Jones replied, "I'll be around quarter past 10 10:30 okay tied up right now"

On July 27, 2019 at 2:48 am, "Gary" texted Jones, "Kevin said he will take 30  I will take 30  Can you sell any to anyone else ?  If not, I can buy more later next week"  At 2:51 am, "Gary" texted, "Fuck it get them  will make it work – Pauly G may want a few"  At 2:55am,  Jones texted "Gary," "I F***** up the 30s he wants $8 a piece we have to tell everybody else a little bit more money I'm going to take the hundred of them"  At 2:57 am, "Gary" responded, "They are 20's ? Of for sure – what $10 each ? or 11 for $100"  At 3:14 am , Jones responded, "these are all capsules you don't mind right"  At 3:16 am, Gary responded, "Whats the difference ? Never saw capsules  You know this dude legit ? Could be anything in them ."  At 3:18 am, Jones responded, "Never saw capsules in 30 mg – only up to 25  But its fine"

On July 27, 2019 at 6:35 pm, "Pussy" texted Jones, "Sobos"

On July 29, 2019 at 3:30 am, Jones texted "Debbie W 912," "By chance are you up there and you want to make a couple dollars real quick"

On July 29 at 2:12 pm , "Ron Papaleo" texted Jones, "What's up dude any news on them strips"  At 3:51 pm, Jones replied, "Not yet when I do hear something you'll be the first to know"

On August 2, 2019 at 10:28 a.m., "Pussy" texted Jones, "My peoples got 16 sobs and 27 clonidine"  At 11:24 p.m., "Pussy" texted Jones, "Don't pull the money bag out with them in the car"

On August 6, 2019, at 10:35 p.m., "Mark B" texted Jones, "60 subs and 60 adds"

The officer asked Jones what the text message that said "60 subs and 60 adds" meant.  Jones answered, "60 Suboxone and 60 Adderall pills."

6. Jones voluntarily drove to the Nashua Police Department for an interview.  During the interview, Jones told the officers that he has been disabled since approximately 2000 as a result of a heroin overdose that led to an infection in his spine, and that he consistently has money left over from his disability checks after paying his bills and living expenses.  Jones said that he won $10,000 on a scratch ticket four years ago.  He said that a friend claimed the money for him so that he could avoid paying taxes on the winnings, and that the $10,000 was part of the total currency found in his backpack.  He also claimed that, years prior, a friend "Steve" gifted him $5,000, which he never spent, and that $5,000 was part of the money found in the backpack.

7. Jones said that he had traveled to Nashua to speak with his uncle regarding his ailing mother.  He said that he forgot to speak with his uncle about storing the cash at his residence.

8. Jones said that he didn't deposit the money in a bank account because the disabilities act prohibits funds in excess of $2,000 from being maintained by a person receiving disability insurance checks.  In order to circumvent this rule and continue to receive the disability checks, Jones keeps the money out of the bank.  Jones also said that he keeps his money with him because someone had stolen $15,000 from the safe in his apartment in recent months.

9. The Medford Police Department has no report of a theft from Jones.

10. Jones told the officer that he had been sober from opiates for 9 years before relapsing the weekend of August 1, 2019. Jones said that he purchased $100 worth of crack cocaine in Boston, Massachusetts, and that the residue and drug paraphernalia found in the vehicle was the remainder of the crack cocaine purchased the previous week. Jones told the officers that he gives his friends rides to Boston once or twice a month, but said that he wanted as little information as possible from his friends regarding the purpose of these rides. Jones admitted that his many of his friends either depend on narcotic drugs, or distribute drugs, but denied doing either himself.

11. Laboratory analysis of the brown powder inside the rubber case was positive for crack cocaine.

## **CLAIM FOR FORFEITURE**

12. The allegations contained in paragraphs 1 through 11 of this Verified Complaint for Forfeiture *in rem* are incorporated by reference.

13. Title 21, U.S.C. § 881(a)(6) subjects to forfeiture "all moneys … or other things of value furnished or intended to be furnished by any person in exchange for a controlled substance or … all proceeds traceable to such an exchange and all moneys … used or intended to be used to facilitate any violation of" the Controlled Substances Act.

14. The defendant *in rem*, Fifty Thousand One Hundred Dollars ($50,100.00) in U.S. Currency, more or less, seized from Richard Jones, was furnished or intended to be furnished in exchange for a controlled substance, in violation of the Controlled Substances Act, 21 U.S.C. § 801, et seq., or represents proceeds traceable to such exchanges, or money used or intended to be used to facilitate violations of the Act. As a result, the defendant *in rem* is liable to

condemnation and forfeiture to the United States for its use in accordance with 21 U.S.C. § 881(a)(6).

Therefore, the United States requests that:

(a) the Clerk of Court issue a Warrant of Arrest *in Rem*, in the form submitted with this Verified Complaint, to the United States Marshal for the District of New Hampshire, commanding him to arrest the defendant *in rem*;

(b) this matter be scheduled for a jury trial;

(c) judgment be entered against the defendant *in rem*;

(d) the defendant *in rem* be disposed of according to law; and

(e) this Court grant the United States its costs and whatever other relief to which it may be entitled.

Respectfully submitted,

SCOTT W. MURRAY
United States Attorney

Dated: March 13, 2020     By:  /s/ Robert J. Rabuck
Robert J. Rabuck
NH Bar # 2087
Assistant U.S. Attorney
District of New Hampshire
53 Pleasant Street
Concord, New Hampshire
603-225-1552
rob.rabuck@usdoj.gov

## VERIFICATION

I, Richard Sprankle, being duly sworn, depose and say that I am a Task Force Officer with the United States Department of Justice, Drug Enforcement Administration, and as such have responsibility for the within action, that I have read the foregoing Verified Complaint for Forfeiture *in rem* and know the contents therein, and that the same is true to the best of my knowledge, information and belief.

The sources of my information and the grounds of my belief are official records and files of the United States and the State of New Hampshire, and information obtained by me and other law enforcement officers during an investigation of alleged violations of the controlled substances laws of the State of New Hampshire and of the United States.

/s/ Richard Sprankle
Richard Sprankle


STATE OF NEW HAMPSHIRE
COUNTY OF MERRIMACK

Subscribed and sworn to before me this 13th day of March 2020.

/s/ Francine Doucette Conrad
Notary Public

My commission expires:  March 27, 2024

JS 44-A
JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ❏ 1 U.S. Government Plaintiff
- ❏ 2 U.S. Government Defendant
- ❏ 3 Federal Question *(U.S. Government Not a Party)*
- ❏ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❏ 1 | ❏ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated *and* Principal Place of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ❏ 625 Drug Related Seizure of Property 21 USC 881 | ❏ 422 Appeal 28 USC 158 | ❏ 375 False Claims Act |
| ❏ 120 Marine | ❏ 310 Airplane / ❏ 365 Personal Injury - Product Liability | ❏ 690 Other | ❏ 423 Withdrawal 28 USC 157 | ❏ 400 State Reapportionment |
| ❏ 130 Miller Act | ❏ 315 Airplane Product Liability | | | ❏ 410 Antitrust |
| ❏ 140 Negotiable Instrument | ❏ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ❏ 430 Banks and Banking |
| ❏ 150 Recovery of Overpayment & Enforcement of Judgment | ❏ 320 Assault, Libel & Slander | | ❏ 820 Copyrights | ❏ 450 Commerce |
| ❏ 151 Medicare Act | ❏ 330 Federal Employers' Liability | | ❏ 830 Patent | ❏ 460 Deportation |
| ❏ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ❏ 368 Asbestos Personal Injury Product Liability | | ❏ 840 Trademark | ❏ 470 Racketeer Influenced and Corrupt Organizations |
| | ❏ 340 Marine / ❏ 345 Marine Product Liability | | | ❏ 480 Consumer Credit |
| ❏ 153 Recovery of Overpayment of Veteran's Benefits | **PERSONAL PROPERTY** | ❏ 710 Fair Labor Standards Act | **LABOR** / **SOCIAL SECURITY** | ❏ 490 Cable/Sat TV |
| ❏ 160 Stockholders' Suits | ❏ 350 Motor Vehicle / ❏ 370 Other Fraud | | ❏ 861 HIA (1395ff) | ❏ 850 Securities/Commodities/ Exchange |
| ❏ 190 Other Contract | ❏ 355 Motor Vehicle Product Liability / ❏ 371 Truth in Lending | ❏ 720 Labor/Management Relations | ❏ 862 Black Lung (923) | ❏ 890 Other Statutory Actions |
| ❏ 195 Contract Product Liability | ❏ 360 Other Personal Injury / ❏ 380 Other Personal Property Damage | ❏ 740 Railway Labor Act | ❏ 863 DIWC/DIWW (405(g)) | ❏ 891 Agricultural Acts |
| ❏ 196 Franchise | ❏ 362 Personal Injury - Medical Malpractice / ❏ 385 Property Damage Product Liability | ❏ 751 Family and Medical Leave Act | ❏ 864 SSID Title XVI | ❏ 893 Environmental Matters |
| | | ❏ 790 Other Labor Litigation | ❏ 865 RSI (405(g)) | ❏ 895 Freedom of Information Act |
| | | | | ❏ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ❏ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ❏ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ❏ 210 Land Condemnation | ❏ 440 Other Civil Rights / **Habeas Corpus:** | | ❏ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ❏ 220 Foreclosure | ❏ 441 Voting / ❏ 463 Alien Detainee | | ❏ 871 IRS—Third Party 26 USC 7609 | ❏ 950 Constitutionality of State Statutes |
| ❏ 230 Rent Lease & Ejectment | ❏ 442 Employment / ❏ 510 Motions to Vacate Sentence | | | |
| ❏ 240 Torts to Land | ❏ 443 Housing/ Accommodations / ❏ 530 General | | | |
| ❏ 245 Tort Product Liability | ❏ 445 Amer. w/Disabilities - Employment / ❏ 535 Death Penalty | **IMMIGRATION** | | |
| ❏ 290 All Other Real Property | | ❏ 462 Naturalization Application | | |
| | ❏ 446 Amer. w/Disabilities - Other / **Other:** / ❏ 540 Mandamus & Other | ❏ 465 Other Immigration Actions | | |
| | ❏ 448 Education / ❏ 550 Civil Rights | | | |
| | ❏ 555 Prison Condition | | | |
| | ❏ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ❏ 1 Original Proceeding
- ❏ 2 Removed from State Court
- ❏ 3 Remanded from Appellate Court
- ❏ 4 Reinstated or Reopened
- ❏ 5 Transferred from Another District *(specify)*
- ❏ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

❏ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ❏ Yes ❏ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE                                DOCKET NUMBER

DATE                    SIGNATURE OF ATTORNEY OF RECORD

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed.  The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.**  Enter names (last, first, middle initial) of plaintiff and defendant.  If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations.  If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)** **County of Residence.**  For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing.  In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing.  (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)** **Attorneys.**  Enter the firm name, address, telephone number, and attorney of record.  If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.**  The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings.  Place an "X" in one of the boxes.  If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff.  (1) Jurisdiction based on 28 U.S.C. 1345 and 1348.  Suits by agencies and officers of the United States are included here.
United States defendant.  (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question.  (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States.  In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship.  (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states.  When Box 4 is checked, the citizenship of the different parties must be checked**.**  (See Section III below**; NOTE: federal question actions take precedence over diversity cases.)**

**III.** **Residence (citizenship) of Principal Parties.**  This section of the JS 44 is to be completed if diversity of citizenship was indicated above.  Mark this section for each principal party.

**IV.** **Nature of Suit.**  Place an "X" in the appropriate box.  If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerk(s) in the Administrative Office to determine the nature of suit.  If the cause fits more than one nature of suit, select the most definitive.

**V.** **Origin.**  Place an "X" in one of the six boxes.
Original Proceedings.  (1) Cases which originate in the United States district courts.
Removed from State Court.  (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.  When the petition for removal is granted, check this box.
Remanded from Appellate Court.  (3) Check this box for cases remanded to the district court for further action.  Use the date of remand as the filing date.
Reinstated or Reopened.  (4) Check this box for cases reinstated or reopened in the district court.  Use the reopening date as the filing date.
Transferred from Another District.  (5) For cases transferred under Title 28 U.S.C. Section 1404(a).  Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation.  (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.  When this box is checked, do not check (5) above.

**VI.** **Cause of Action.**  Report the civil statute directly related to the cause of action and give a brief description of the cause.  **Do not cite jurisdictional statutes unless diversity.**  Example: U.S. Civil Statute: 47 USC 553  Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint.**  Class Action.  Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand.  In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand.  Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.**  This section of the JS 44 is used to reference related pending cases, if any.  If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.**  Date and sign the civil cover sheet.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| United States of America, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil No. |
| Fifty Thousand One Hundred Dollars | ) |
| ($50,100.00) in United States Currency, | ) |
| more or less, seized from Richard Jones, | ) |
| | ) |
| Defendant *in rem.* | ) |
| | ) |

SUMMONS AND WARRANT OF ARREST IN REM
FOR ISSUANCE BY THE CLERK OF COURT FOR PROPERTY
WITHIN THE UNITED STATES' POSSESSION, CUSTODY OR CONTROL
PURSUANT TO SUPPLEMENTAL RULE G(3)(b)(I)

To the United States Marshals Service (USMS), or any duly authorized Federal Law Enforcement Officer for the District of New Hampshire:

Pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Certain Admiralty and Maritime Claims, a Verified Complaint for Forfeiture *in rem* has been filed on March 13, 2020, in the U.S. District Court for the District of New Hampshire, alleging that the defendant *in rem*, Fifty Thousand One Hundred Dollars ($50,100.00) in U.S. Currency, more or less, seized from Richard Jones, is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

THEREFORE, YOU ARE COMMANDED to seize the captioned defendant *in rem*, and use discretion and whatever means appropriate to protect and maintain the property pending the outcome of this action;

IT IS FURTHER ORDERED that the USMS shall maintain custody of the defendant *in rem* until further order of this Court, and shall use his discretion and whatever means appropriate to protect and maintain said defendant *in rem*;

IT IS FURTHER ORDERED that the United States shall serve upon all potential claimants to the defendant *in rem*, a copy of this Summons and Warrant of Arrest *in rem*, and the Verified Complaint for Forfeiture *in rem*, in a manner consistent with the principles of service of process in an action *in rem* under Supplemental Rule G and other Supplemental Rules for Certain Admiralty and Maritime Claims and Title 18, United States Code, Section 983(a);

IT IS FURTHER ORDERED that a return of this Summons and Warrant of Arrest *in rem* shall be promptly made to the Court, identifying the individuals upon whom copies were served and the manner employed; and

IT IS FURTHER ORDERED that all persons claiming an interest in or right against the defendant *in rem* shall file their verified claim within thirty-five (35) days after the date on which they were sent the Notice of Complaint or the final publication of notice of the filing of the Complaint, whichever is earlier, or within such additional time as the Court may allow, pursuant to Title 18, United States Code, Section 983(a)(4) and Rule G(4)(b)(ii)(B) of the Supplemental Rules for Certain Admiralty and Maritime Claims, and shall serve and file their answer to the Complaint within twenty-one (21) days after the filing of their verified claim, pursuant to Rule G(4)(b)(ii)( C) of the Supplemental Rules for Certain Admiralty and Maritime Claims, with the Office of the Clerk, United States District Court for the District of New Hampshire, with a copy

sent to Assistant United States Attorney Robert J. Rabuck, United States Attorney's Office, District of New Hampshire, 53 Pleasant Street, Concord, NH  03301.

Dated:

                                               _____

                                               DANIEL J. LYNCH, CLERK